E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
DEVON MYERS (Cal. Bar No. 240031)
Assistant United States Attorney
Deputy Chief, General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0649
     Facsimile: (213) 894-0141
     E-mail:   devon.myers@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>OMAR PULIDO BASTIDA,<br>   aka "Omar Pulido,"<br><br>              Defendant. | Case No. 2:22-MJ-00834<br><br>NOTICE OF MOTION TO DISMISS MAGISTRATE JUDGE'S COMPLAINT WITHOUT PREJUDICE AND LODGING OF PROPOSED ORDER FOR DISMISSAL OF MAGISTRATE JUDGE'S COMPLAINT |
|---|---|

   The government hereby moves to dismiss the Magistrate Judge's Complaint in this case without prejudice.

   The government hereby lodges the attached Proposed Order for Dismissal Without Prejudice of Magistrate Judge's Complaint for the Court's signature.

//

//

//

//

//

The government further requests that the defendant be released forthwith if he is in custody solely on this charge.

Dated: September 20, 2023         Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

         /s/
DEVON MYERS
Assistant United States Attorney
Deputy Chief, General Crimes Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA